UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RANDALL A. OTTO,

      Plaintiff,

vs.

UNITED STATES ARMY,

      Defendant.

Case No. 3:25-cv-59

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

April 21, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge